**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) Brandon J. Holmes #73170-004 Pro se
(Name of Plaintiff)    (Inmate Number)

Lewisburg USP- P.O Box 1000, Lewisburg, PA 17837
(Address)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Address)

(Each named party must be numbered, and all names must be printed or typed)

3:16-CV-644
(Case Number)

vs.

(1) J. Eck
(2) C. Pizzoli
(3) M. Russo
(Names of Defendants)
(4) B. Mottern  Defendants
(Each named party must be numbered, and all names must be printed or typed)
(5) United States Defendant... Et al...

CIVIL COMPLAINT

"Demand Jury Trial"

FILED
SCRANTON
APR 18 2016
PER _____ DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

   A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   Brandon Jaquay Holmes vs. Christian Lepe, 1:12-CV-01649-AWI-NWS filed October 9, 2012. Terms of a Written Settlement Dated December 30, 2014. Judicial Officer, MR. Michael J. Seng

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? informal Grievance, BP-9, BP-10 BP-11 Grievance And Regional office Federal Tort Claim # TRT-NER-2016-00195

2. What was the result? On going investigation still be conducted. Pending

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: J. Eck
Employed as BOP employee at USP Lewisburg
Mailing address: P.O. Box 1000/ Lewisburg, PA, 17837

(2) Name of second defendant: C. Pizzoli
Employed as BOP employee officer at FCC Allenwood
Mailing address: P.O. Box 3500/ White Deer PA, 17887

(3) Name of third defendant: M. Russo
Employed as BOP employee officer at USP Lewisburg
Mailing address: P.O. Box 1000/ Lewisburg, PA, 17837

See one page Attachment

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Please see three page Attachment of Civil Rights Complaint

2

2.

3.

## V. RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1. FOR Criminal Charge's to be brought up against each Officer involved with this assault in their individual capacity, and official capacity.

2. I seek a total of $10,000,000 ten million dollars in U.S. Currency as compensation from the federal government and each federal employee involved in this assault for all my injuries and for their wanton misconduct of this assault incident dated March 10, 2015.

3. Into be transferred away from this institution because i believe my life is still endanger, because im still being set up with incident report's

3

```
```

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_13th\_\_ day of \_\_April_____, 20\_16\_.

*[signature]*
(Signature of Plaintiff)

Civil Rights Complaint, Attachment

STATEMENT OF FACTS:

That, I Brandon Jaquay Holmes, a living breathing man, say and declare by my signature that the following facts are true to the best of my knowledge and belief.

That, on march 10, 2015 at approximately 7:32 am while in the second floor shower stall on J-Block unit at United States Penitentiary Lewisburg. I was having a conversation with another prisoner when officer J. Eck entered the shower and stated Holmes shut the "fuck up", your nothing but a coward, and i dont want to hear all of your bullshit.

Than, I responded by saying, I may not be the biggest or baddest dude in the world but im damn sure not a coward.

Than, officer J. Eck stated, What are you going to do if i open your shower door and punch you in your face?

Than, I responded by saying that im going to do what any man or woman would do and that's defend my self.

Than, officer J. Eck stated well we're about to find out, than left out of the shower and came back with officers B. McHenn, M. Russo and C. Pizzoli (opened my shower stall door without me being in hand restraints and used his left hand to strike me in my chest area.)

Civil Right's Complaint Attachment

Than, I felt that my life was endanger when the other attackers officers B. Nottern, M. Russo and than C. Pizzoli also engaged in the assault by striking me with closed fisted and Batons to my head and every where else they could inflict pain to my body. Therefore i had no choice but to defended my self with hand to hand combat.

Than, As i defended my self as best i could against this malicious and sadistical assault, medical care provider, F. Alama walked by and visually seen what was taking place and pressed his body alarm. At this time i was and so much pain, and was over powered and placed on the shower floor, where i complied and was than placed in hand restraints with blood running from several areas of my body.

Than, other officers arrived on the scene and replaced the first attackers. Several mintues went by with me being on the floor with other officers striking me from time to time with me yelling out telling the officers to stop striking me. After a while i was escorted to the third floor of J-Block and placed in four point restraint's, where the restraint's was placed on top of my open wound's of my left ankle very tight. Where nurse Fahringer Matthew conducted a medical assessment of some of my injuries.

Than, after all the staff and medical employees left out of the four point restraint cell around ten mintue's later, officers returned back into the four point cell, and removed the left side of my hand restraints, grabbed my left hand and arm and pulled me as hard as they could until my body lifted up off the bed, than placed my left hand back into the hand restraints extremely tight. Than stated "have a nice day 'boy'" before walking out leaving me in serious pain.

Civil Right's Complaint Attachment

Than, upon being in four point restraint's for over 24 hour's upon request, I was denied the right to eat or use the restroom. And had to urinate and lay in my own feces. The only person who gave me any food after 24 hour's was Lt. K. Ferguson, which was a hand full of tater tot's and a piece of hamburger meat from his hand. About two hour's later I was removed from four points and placed in full body restraints for over 24 hour's as well. During this entire process i complained of constant pain and received no medical treatment. It was later determind that i have received severe nerve damage in both my hands, especially my left hand, where i have to live in constant pain. And couldnt function my left hand properly and placed several sick calls to medical and still wasnt medically assessed by the nerve doctor until four month's later. Which i was than placed on nerve medication to address my pain.

I received two incident report's for assault on staff. It was later determind upon further investigation and interrogation upon officer C. Pizzoli by the department of Justice, where officer C. Pizzoli admitted and changed his initial story completely. Where he conspired with the other officers who all falsified government documentation against me to protect themselves from prosecution from the assault they maliciously participated in upon me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated April 13th 2016

(signature of Plaintiff)

Page 1 of 1

(List of additional defendants, their employment and addresses)

(4) Name of fourth defendant: B. Mottern
Employed as officer at USP Lewisburg
Mailing address: P.O. Box 1000 Lewisburg PA 17837

(5) Name of fifth defendant: UNITED STATES
Employed as legal entity/corporation
Mailing address:

Dear: Ms. Maria E. Elkins, office of the Clerk    4.13.2016

Greetings

Enclosed with this letter is a complete package of my Civil Complaint. I think that i followed all the instructions you sent me, If not Please notify me of any errors.

Also i don't know the address(es) for the United States Attorney's office for the State of Pennsylvania OR for the Attorney General of the United States. So i was unable to fill out the address on my USM 285 form. So can you please put the address on the form for me or send the address and another 285 form so that i can fill it out my self Please.

"Thank you for your time and understanding"

Sincerely

Brandon Holmes Pro se

Inmate Name: Brandon Holmes
Register Number: 73170-004
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

AJG
4/13/2016

No FEE Enclosed

**RECEIVED
SCRANTON
APR 18 2016
PER _____
DEPUTY CLERK**

( Legal Mail )

