IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON HOLMES, | : | CIVIL NO. 3:16-CV-644 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| J. ECK, et al., | : | (Magistrate Judge Arbuckle) |
| Defendants. | : | |

## ANSWER TO PLAINTIFF'S MOTION TO PROCEED WITH DISCOVERY

**AND NOW** COMES J. Eck, M. Russo, B. Mottern and C. Pizzoli by and through their Attorneys, Gregory T. Moro, Esquire and Hope R. Moro, Esquire and set forth this Answer to Plaintiff's Motion to Proceed with Discovery as follows:

1. The Plaintiff's request to proceed with discovery is untimely as Plaintiff's Motion for an Amended Complaint is still pending before the Court. Also, the Plaintiff's filing does not comply with Local Rule 7.5, as there is no brief attached. Furthermore, if considered, the Plaintiff's Second Amended Complaint does not comply with the Court's order of March 21, 2018 as the unnamed Defendants are not properly joined.

2. The Plaintiff's request should be denied.

**WHEREFORE**, the Defendants respectfully request the Plaintiff's Motion to Proceed with Discovery be denied.

Respectfully submitted,

S/Gregory T. Moro, Esquire
Gregory T. Moro, Esquire
Attorney for Defendants
105 E. Market Street
Danville, PA 17821
Attorney ID #56089
(570) 784-1010

S/Hope R. Moro, Esquire
Hope R. Moro, Esquire
Attorney for Defendants
105 E. Market Street
Danville, PA 17821
Attorney ID #61705
(570) 784-1010

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON HOLMES, | : | CIVIL NO. 3:16-CV-644 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| J. ECK, et al., | : | (Magistrate Judge Arbuckle) |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

We, Gregory T. Moro, Esquire and Hope R. Moro, Esquire, do hereby certify that on this 8th day of May, 2018, we served a true and correct copy of the foregoing Answer to Plaintiff's Motion to Proceed with Discovery upon the following party, by

United States mail, postage pre-paid to the following address:

                Brandon Holmes-Register Number: 73170-004
                          USP Florence ADMAX
                            U.S. Penitentiary
                              PO BOX 8500
                            Florence, CO  81226

                                            S/Gregory T. Moro, Esquire
                                            Gregory T. Moro, Esquire
                                            Attorney for Defendants
                                            105 E. Market Street
                                            Danville, PA 17821
                                            Attorney ID #56089
                                            (570) 784-1010

                                            S/Hope R. Moro, Esquire
                                            Hope R. Moro, Esquire
                                            Attorney for Defendants
                                            105 E. Market Street
                                            Danville, PA 17821
                                            Attorney ID #61705
                                            (570) 784-1010