IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

|  |  |  |
|---|---|---|
| BRANDON HOLMES, | : | CIVIL NO. 3:16-CV-644 |
|  | : |  |
| Plaintiff | : |  |
|  | : | (Judge Munley) |
| v. | : |  |
|  | : |  |
| J. ECK, et al., | : | (Magistrate Judge Arbuckle) |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

**MOTION TO DISMISS THE PLAINTIFF'S SECOND AMENDED
COMPLAINT UNDER F.R.C.P. 12(B)(7) and F.R.C.P. 19**

AND NOW COMES J. Eck, M. Russo, B. Mottern and C. Pizzoli by and
through their Attorneys, Gregory T. Moro, Esquire and Hope R. Moro, Esquire and
set forth this Motion To Dismiss Under F.R.C.P. 12(B)(7) and F.R.C.P. 19 as
follows:

1. The named Defendants herein file a Motion to Dismiss the Plaintiff's
   Second Amended Complaint pursuant to F.R.C.P. 12(B)(7) and F.R.C.P.
   19.

1

2.  The Plaintiff's Second Amended Complaint fails to comply with the

Court's Order of March 21, 2018 and F.R.C.P. 19 as it fails to join

indispensable parties to the action.


**WHEREFORE**, the Plaintiff's Second Amended Complaint should be

dismissed with prejudice under F.R.C.P. 12(B)(7) and F.R.C.P. 19.


Respectfully submitted,


S/Gregory T. Moro, Esquire
Gregory T. Moro, Esquire
Attorney for Defendants
105 E. Market Street
Danville, PA 17821
Attorney ID #56089
(570) 784-1010

S/Hope R. Moro, Esquire
Hope R. Moro, Esquire
Attorney for Defendants
105 E. Market Street
Danville, PA 17821
Attorney ID #61705
(570) 784-1010

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

|                    |   |                              |
|--------------------|---|------------------------------|
| BRANDON HOLMES,    | : | CIVIL NO. 3:16-CV-644        |
|                    | : |                              |
| Plaintiff          | : |                              |
|                    | : | (Judge Munley)               |
| v.                 | : |                              |
|                    | : |                              |
| J. ECK, et al.,    | : | (Magistrate Judge Arbuckle)  |
|                    | : |                              |
| Defendants.        | : |                              |
|                    | : |                              |

## CERTIFICATE OF SERVICE


    We, Gregory T. Moro, Esquire and Hope R. Moro, Esquire, do hereby

certify that on this  22nd  day of August, 2018, we served a true and correct copy of

the foregoing Motion To Dismiss Under F.R.C.P. 12(B)(7) and F.R.C.P. 19 upon

the following party, by

United States mail, postage pre-paid to the following address:

Brandon Holmes-Register Number: 73170-004
USP Florence ADMAX
U.S. Penitentiary
PO BOX 8500
Florence, CO  81226

S/Gregory T. Moro, Esquire
Gregory T. Moro, Esquire
Attorney for Defendants
105 E. Market Street
Danville, PA 17821
Attorney ID #56089
(570) 784-1010

S/Hope R. Moro, Esquire
Hope R. Moro, Esquire
Attorney for Defendants
105 E. Market Street
Danville, PA 17821
Attorney ID #61705
(570) 784-1010