IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON HOLMES, | CIVIL NO. 3:16-CV-644 |
| Plaintiff | |
| | (Judge Munley) |
| v. | |
| J. ECK, et al., | (Magistrate Judge Arbuckle) |
| Defendants. | |

**ORDER**

AND NOW, this _____ day of _____, 2019, after consideration of the parties' executed Mutual Release, the above-captioned case is dismissed with prejudice and each party shall be responsible for their own fees and costs in this matter.

BY THE COURT:

_____
S.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON HOLMES, | CIVIL NO. 3:16-CV-644 |
| Plaintiff | |
| | (Judge Munley) |
| v. | |
| J. ECK, et al., | (Magistrate Judge Arbuckle) |
| Defendants. | |

**MOTION FOR DISMISSAL**

AND NOW comes the parties by their Counsel and set forth a Rule 41 Dismissal as follows:

1. The Plaintiff filed a Civil Complaint on April 19, 2016.

2. The Plaintiff filed Amended Complaints on April 27, 2016 and April 26, 2018.

3. The Defendants filed Motions to Dismiss.

4. The parties have reached a negotiated settlement and Plaintiff has executed a release.

5. The Plaintiff, pursuant to the release, wishes to voluntarily dismiss the above-captioned action, with prejudice.

6. Each party shall be responsible for their own fees and costs in the above-captioned matter.

7. The Defendants concur in the voluntary dismissal.

8. The parties request the above-captioned case be dismissed.

4/23/19
Date

Gregory T. Moro, Esquire
121 E. Market Street
Danville, PA 17821
570-784-1010
Attorney ID: 56089
Attorney for Plaintiffs

4-26-19
Date

Brandon Holmes
FLORENCE ADMAX
U.S. Penitentiary
PO Box 8500
Florence, CO 81226
Pro-Se Plaintiff